## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| : | |
| ANTHONY ROBERT HICKS, : | |
| : | Civil Action No. 07-1065 (SDW) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | **ORDER** |
| LUKE MULHALLAN, PRESIDENT/ : | |
| OPERATIONS MGR. OF PRIORITY : | |
| EXPRESS COMM. : | |
| : | May 5, 2008 |
| Defendant. : | |
| : | |

**WIGENTON**, District Judge

Before the Court is a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 ("Motion") filed by defendant Luke Mulholland, President of Priority Express.com ("Defendant") as to plaintiff Anthony Robert Hick's Complaint.

For the reasons set forth in the Court's Opinion dated May 5, 2008, Defendant's Motion is hereby **GRANTED**.

**SO ORDERED**.

s/Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo